IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOBAN HUNT and LANLEE LANI LONG,<br><br>    Plaintiffs,<br><br>  v.<br><br>WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., NDEX WEST, LLC, and WELLS FARGO BANK, NA, successor by merger to Wells Fargo Bank Southwest, NA f/k/a Wachovia Mortgage FSB f/k/a World Savings Bank, FSB,<br><br>    Defendants.<br>                                                 / | No. C 11-00668 WHA<br><br>**ORDER TO SHOW CAUSE** |

    Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendants Wachovia Mortgage and Golden West Savings Association Service Co. renoticed their previously-filed motion to dismiss plaintiffs' complaint (Dkt. Nos. 19–20). Defendants noticed the hearing for April 21, 2011.

    Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motion was due on March 31, 2011, but no such opposition has been received. <u>Plaintiffs James Hoban Hunt and Lanlee Lani Long are ordered to respond by **APRIL 22, 2011**, and show cause for their failure to respond to the motion</u> in accordance with Civil Local Rule 7-3. This order to show cause does not constitute permission to file a late opposition. The motion hearing scheduled for April 21,

2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiffs do not respond by April 22, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 4, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE