**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOBAN HUNT and LANLEE LANI LONG,<br><br>  Plaintiffs,<br><br>  v.<br><br>WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., NDEX WEST, LLC, and WELLS FARGO BANK, NA, successor by merger to Wells Fargo Bank Southwest, NA f/k/a Wachovia Mortgage FSB f/k/a World Savings Bank, FSB,<br><br>  Defendants.<br>                                                                 / | No. C 11-00668 WHA<br><br>**ORDER OF DISMISSAL** |

Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendants Wachovia Mortgage and Golden West Savings Association Service Co. renoticed their previously-filed motion to dismiss plaintiffs' complaint. Defendants noticed the hearing for April 21, 2011. Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motion was due on March 31, 2011, but no such opposition was received. On April 4, plaintiffs were ordered to show cause why the action should not be dismissed for failure to prosecute. Plaintiffs were ordered to respond by April 22, but no response has been received. Plaintiffs were explicitly warned: "If [they] do not respond by April 22, 2011, this case will be dismissed for failure to prosecute." As plaintiffs — after being clearly warned that dismissal was imminent — have

failed to prosecute this action, it is **DISMISSED**.  Judgment will be entered in favor of defendants and against plaintiffs.

    **IT IS SO ORDERED.**

Dated: April 26, 2011.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE